UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:16-cr-417-T-36AEP

FONTELLA JAMES

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a 2-level reduction in the defendant's offense level as to Count One only, and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant provided truthful information to the United States, which resulted in one of her co-defendants pleading guilty prior to trial.

The United States believes that, because of her efforts on behalf of the United States, Fontella James should receive a 2-level reduction in her offense level as to Count One for her assistance.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

          Respectfully submitted,

          W. STEPHEN MULDROW
          Acting United States Attorney

          By */s/ Rachel K. Jones*
          Rachel K. Jones
          Assistant United States Attorney
          Florida Bar No.: 0091492
          400 N. Tampa Street, Suite 3200
          Tampa, Florida 33602-4798
          Telephone:  (813) 274-6000
          Facsimile:  (813) 274-6358
          E-mail:      Rachel.Jones@usdoj.gov

U.S. v. James, et al            Case No. 8:16-cr-417-T-36AEP

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Anne F. Borghetti, Esq.
    David E. Little, Esq.

                                        */s/ Rachel K. Jones*
                                        Rachel K. Jones
                                        Assistant United States Attorney
                                        Florida Bar No.: 0091492
                                        400 N. Tampa Street, Suite 3200
                                        Tampa, Florida 33602-4798
                                        Telephone:  (813) 274-6000
                                        Facsimile:  (813) 274-6358
                                        E-mail:     Rachel.Jones@usdoj.gov

*T:\_Cases\Criminal Cases\J\JAMES, Fontella_2016R01516_ALR\p_5K Motion as to Fontella James.docx*